UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Robert Alan Walker**                                        **Docket No. 5:12-CR-318-1BO**
**Petition for Action on Supervised Release**

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Robert Alan Walker, who, upon an earlier plea of guilty to 18 U.S.C. §371, Conspiracy to Steal Government Property and 18 U.S.C. §§641 and 2, Theft of Government Property and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on September 25, 2013, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Robert Alan Walker was released from custody on March 20, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has a mental health history and it is requested that the mental health treatment condition be added to assist in the supervision of the defendant.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Mindy L. Threlkeld |
| Robert L. Thornton | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2539 |
| | Executed On: April 21, 2015 |

**ORDER OF THE COURT**

Considered and ordered this ___22___ day of ___April___, 2015 and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge